

**ROMERO**
LAW GROUP PLLC
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.
Sara V. Messina, Esq.

February 5, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Allen Degroat v. Instrument Laboratory Company*
Docket No.: 23-cv-07490 (KMK)

Dear Judge Karas:

This firm represents Plaintiff Allen Degroat, who brought the above-referenced matter against Defendant Instrumentation Laboratory Company for alleged violations of New York Labor Law § 191. Plaintiff writes, on behalf of all parties, to report that the parties have reached a settlement in principle in this matter earlier today. The parties intend to submit their stipulation of dismissal by March 21, 2024 (i.e. within 45 days).

At present, there are two outstanding litigation deadlines. Defendant filed a motion to dismiss the Amended Complaint or to stay this action, as well as a related motion requesting that the Court take judicial notice of certain documents. D.E. 22-25. Plaintiff's opposition papers to Defendant's motions are currently due on February 5, 2024 and Defendant's reply papers are due on February 27, 2024. In light of the parties' settlement in principle, the parties request that all deadlines in this case be stayed or, alternatively, cancelled, pending the parties' submission of a stipulation of discontinuance.

We thank the Court for its kind consideration of this request.

Respectfully submitted,

/S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C: All Counsel of Record *via* ECF

Granted. All deadlines are stayed. The Clerk is to terminate the
Motions docketed at #22-25 without prejudice.

So Ordered.

2/6/24