

**ROMERO**
**LAW GROUP PLLC**
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.
Sara V. Messina, Esq.

March 20, 2024

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Allen DeGroat v. Instrument Laboratory Company*
      Docket No.: 23-cv-07490 (KMK)

Dear Judge Karas:

This firm represents the Plaintiff in the above-referenced putative class action lawsuit against the Defendant, Instrumentation Laboratory Company. We write on behalf of the parties to jointly request a stay of all case deadlines while the parties explore the possibility of a settlement through private mediation. The parties believe that they will have a better chance of reaching a settlement in this litigation if the parties focus their efforts on settlement negotiations and exchange of data targeted directly to those negotiations. The parties believe the proposed allocation of resources to early resolution will serve their joint interests. Thus, the parties believe that a stay of all deadlines, including the briefing of Defendant's motion to dismiss the Complaint, and of any decision in connection with said motion, is warranted and will conserve the Court's and the parties' resources during their settlement negotiations.

In light of the foregoing, the parties jointly request that all deadlines be stayed pending completion of the parties' mediation. The parties propose filing a status report advising the Court of their scheduled mediation date and a subsequent status report with the Court within 30 days of the conclusion of their mediation.

We thank the Court in advance for its consideration of this request.

Granted. The Parties are asked to provide a status report by 5/15/24.

So Ordered.
3/21/24

Respectfully submitted,

*/s Peter A. Romero*

PETER A. ROMERO

cc:   All counsel of record *via* ECF

490 Wheeler Road, Suite 277, Hauppauge, New York 11788   •   (631) 257-5588   •   overtimelawny.com